No. 93–5101. GILES *v.* THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 93–5103. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5104. RODGERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5105. KIRSCHENHUNTER *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, CORRECTIONS SERVICES, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–5106. ST. HILAIRE *v.* LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. Ct. App. Ariz. Certiorari denied.

No. 93–5107. JOHNSTON *v.* LEHMAN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–5108. HILL *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 93–5109. BALL *v.* MORRISON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5110. GOUGH *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–5111. PAUL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 93–5112. LOUCKS ET AL. *v.* PHILLIPS PETROLEUM CO. C. A. 5th Cir. Certiorari denied.

No. 93–5113. MORISSETTE *v.* PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 93–5114. REIHLEY *v.* MCGILL ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5115. MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.